SEYFARTH SHAW LLP
Shireen Yvette Wetmore (SBN 278501)
swetmore@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

SEYFARTH SHAW LLP
Kristina Launey (SBN 221335)
klauney@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814
Telephone: (916) 448-0159
Facsimile: (916) 288-6334

Attorneys for Defendants
BANKRATE, LLC and
CARING HOLDINGS, LLC (improperly named
as Caring Holdings CA, LLC)

Janice Walker
walker.janice.e@gmail.com
2509 N Campbell Ave. #461
Tucson, Arizona 85719
Telephone: (602) 732-8174

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE WALKER,<br><br>               Plaintiff,<br>      v.<br><br>CARING HOLDINGS CA, LLC,<br>BANKRATE, LLC,<br><br>              Defendants. | Case No. CV-18-6460 RS<br><br>**STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br>Complaint Filed: October 22, 2018 |

Plaintiff, Janice Walker ("Plaintiff"), and Defendants Caring Holdings, LLC (improperly named as Caring Holdings CA, LLC), Bankrate, LLC, and Baton Holding, LLC (collectively, "Defendants") by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate that:

WHEREAS Plaintiff recently filed a second amended complaint naming Defendant Baton Holding, LLC (who has not yet appeared in this matter); and

WHEREAS Plaintiff and Defendants have reached an agreement to dismiss Plaintiff's claims in their entirety, with prejudice, and against all Defendants;

1.     This action shall be DISMISSED in its entirety, with prejudice as between Plaintiff and all Defendants; and

2.     Each party shall bear their own costs and fees.

DATED:  March 20, 2019

Respectfully submitted,

SEYFARTH SHAW LLP


By:/s/ Shireen Yvette Wetmore
    Kristina Launey
    Shireen Yvette Wetmore
    Attorneys for Defendants Bankrate,
    LLC, Baton Holding, LLC
    and Caring Holdings, LLC (improperly
    named as Caring Holdings CA, LLC)

DATED: ~~March~~ April  2 , 2019


Janice Walker

**SO ORDERED.**


HON. JUDGE RICHARD SEEBORG

1